UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLOBAL WEATHER
PRODUCTIONS LLC,

      Plaintiff,

      v.                         Case No. 6:25-cv-00558-JSS-NWH

JJM SERVICES & SOLUTION
LLC,

      Defendant.

**PLAINTIFF'S MOTION FOR CLERK'S DEFAULT**
**AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Global Weather Productions LLC, ("*Plaintiff*") by and through its undersigned counsel, respectfully moves the Court for entry of default by the Clerk of the Court as against the defendant JJM Services & Solution LLC (*"Defendant"*), and as grounds therefor states as follows:

1. Plaintiff commenced this action on March 28, 2025. *Dkt. No. 1*.

2. The Court issued the requested summons as to defendant JJM Services & Solution LLC on March 31, 2025. *Dkt. No. 5*.

3. The Defendant is a Florida limited liability company with a principal place of business at 4700 Millenia Boulevard, Suite 175 in Orlando, Florida.

4. Before a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of a summons must be satisfied. *Fencl v. PB&J Resorts II (Jamaica) Ltd.*, No. 6:22-CV-833-CEM-DCI, 2022 WL 19914480, at *1 (M.D. Fla. Aug. 29, 2022).

5. On April 21, 2025, Plaintiff's duly served copies of the Summons, Complaint and its attendant exhibits, as well as the Civil Cover Sheet on Defendant's registered agent, Johanna Parra, at 2740 San Marco Way, Winter Haven, Florida 33884, and proof of such service was filed with the Court on April 29, 2025. *Dkt. No. 14*.

6. As such, Plaintiff asserts that service was proper and comports with Federal Rule of Civil Procedure 4(h)(1)(B). Therefore, Defendant's deadline to respond to Plaintiff's Complaint was no later than May 12, 2025. However, to date, Defendant has not responded to Plaintiff's Complaint and the time for Defendant to do so has expired.

7. Defendant is not an infant or incompetent nor is Defendant presently in the military service of the United States as appears from the facts in this litigation. That is because Defendant is not an individual, but is a limited liability company organized and existing under the laws of the State of Florida. As such, Defendant cannot be an infant or incompetent, or in the military service.

8. This action seeks judgment against Defendant for statutory damages or,

in the alternative, actual damages and Defendant's wrongful profits, costs, and attorneys' fees for the violations set forth in the Complaint.

WHEREFORE, based on the foregoing reasons, Plaintiff respectfully requests the Clerk of Court enter the default of defendant JJM Services & Solution LLC

Dated: October 6, 2025

                                                **SANDERS LAW GROUP**

                                                By: */s/ Joshua D. Vera*
                                                Joshua D. Vera, Esq.
                                                Florida Bar No. 1047709
                                                333 Earle Ovington Blvd, Suite 402
                                                Uniondale, NY 11553
                                                Tel: (516) 203-7600
                                                Email: jvera@sanderslaw.group

                                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Joshua D. Vera*
Joshua D. Vera, Esq.