UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**GLOBAL WEATHER PRODUCTIONS LLC,**

      Plaintiff,

v.                                     Case No: 6:25-cv-558-JSS-NWH

**JJM SERVICES & SOLUTION LLC,**

      Defendant.
_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **JJM SERVICES & SOLUTION LLC** in Orlando, Florida on the 20th day of January, 2026.

                                              ELIZABETH M. WARREN, CLERK

                                              s/LDJ, Deputy Clerk

Copies furnished to:

Counsel of Record